No. —. EX PARTE TAYLOR SEALS. January 31, 1944. The motion for leave to file petition for writ of prohibition is denied.

No. —. EX PARTE JAMES THOMAS. January 31, 1944. The motion for leave to file petition for writ of habeas corpus is denied.

No. —. EX PARTE JOSEPH E. JONES. January 31, 1944. The motion for leave to file petition for writ of certiorari is denied.

No. —. EX PARTE MERRITT R. LONGBRAKE. January 31, 1944. The motion for leave to file petition for writ of mandamus is denied.

No. 109. CITY OF YONKERS ET AL. *v.* UNITED STATES ET AL. January 31, 1944. The motion to stay the mandate until March 1, next, is granted. MR. JUSTICE BLACK states: "I dissent. As this record stands, railroad service to Yonkers has been abandoned without any valid order authorizing such action. I therefore would permit the Court's mandate to go down. But if the mandate is to be stayed, I think that, at the very least, since the stay is equivalent to an injunction, a bond should be required of the railroad in an amount sufficient to protect the people of Yonkers against such loss as the city or its citizens may sustain in case it is ultimately decided that the railroad had no legal right to abandon its service. Cf. *Inland Steel Co.* v. *United States,* 306 U. S. 153, 156–157." MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY agree with this dissent.

See 320 U. S. 685.